PHILIP H. LO, SBN: 178538
plo@grsm.com
JEFFREY M. TSAIR
jtsair@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone:
Facsimile: (949) 474-2060

Attorneys for Defendant
STERLING ASSET RECOVERY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY BETH KATZ,<br><br>                    Plaintiff,<br><br>     vs.<br><br>PATRICK K. WILLIS COMPANY, INC., dba AMERICAN RECOVERY SERVICE, a California corporation; STERLING ASSET RECOVERY, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | CASE NO. 2:21-cv-00216 (CAS) (CFF)<br><br>Presiding Judge:<br>Honorable Christina A. Snyder<br>Courtroom 8D, Los Angeles<br><br>**DEFENDANT STERLING ASSET RECOVERY, INC.'S RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Action Filed:   January 11, 2021<br>Trial Date:      Not Set |

## ANSWER

COMES NOW, Defendant STERLING ASSET RECOVERY, INC., ("Defendant" or "SAR") by and through its counsel of record, the law firm of Gordon Rees Scully Mansukhani, LLP and submits its Answer to the allegations set forth in Plaintiff's First Amended Complaint as follows:

///

///

**GENERAL DENIAL**

Defendant denies each and every allegation contained in the First Amended Complaint that is not expressly admitted below. Any factual allegation admitted below is admitted only as to the specific admitted facts, not as to any purported conclusions, characterizations, implications, or speculations that may or may not follow from the admitted facts. Defendant denies that Plaintiff is entitled to the relief requested or any other relief.

**JURISDICTION AND VENUE**

1. Answering Paragraph 1, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

2. Answering Paragraph 2, Defendant admits that the allegations regarding the location of the alleged acts occurred in this District, and that Defendant's principal place of business is within this District. Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the remaining allegations contained therein and therefore denies the same.

3. Answering Paragraph 3, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

4. Answering Paragraph 4, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

5. Answering Paragraph 5, Defendant admits that it is a California corporation with its principal place of business in Van Nuys, California. Except as admitted, Defendant denies the remaining allegations contained therein.

6. Answering Paragraph 6, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the

allegations contained therein and therefore denies the same.

7. Answering Paragraph 7, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

**OPERATIVE FACTS**

8. Answering Paragraph 8, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

9. Answering Paragraph 9, Defendant admits that it was engaged to repossess the subject vehicle. Except as admitted, Defendant denies the remaining allegations contained therein.

10. Answering Paragraph 10, Defendant admits that Louis A. Morrow ("Morrow") is an employee of SAR. Except as admitted, Defendant denies the remaining allegations contained therein.

11. Answering Paragraph 11, Defendant denies all of the allegations as to this Answering Defendant and Mr. Morrow in this paragraph. Except as so expressly admitted or denied, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the remaining allegations contained therein and therefore denies the same.

12. Answering Paragraph 12, Defendant denies all of the allegations as to this Answering Defendant and Mr. Morrow in this paragraph. Except as so expressly admitted or denied, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the remaining allegations contained therein and therefore denies the same.

13. Answering Paragraph 13, Defendant denies all of the allegations as to this Answering Defendant and Mr. Morrow in this paragraph. Except as so expressly admitted or denied, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the remaining

allegations contained therein and therefore denies the same.

14. Answering Paragraph 14, Defendant admits that Plaintiff drove the car away Mr. Morrow and in the process drove her car over Mr. Morrow's foot as she drove away. Except as so expressly admitted or denied, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the remaining allegations contained therein and therefore denies the same.

15. Answering Paragraph 15, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

16. Answering Paragraph 16, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

## FIRST CAUSE OF ACTION

### (Violation of the Fair Debt Collection Practices Act)

17. Answering Paragraph 17, Defendant repeats and reincorporates each and every answer asserted as to Paragraphs 1 through 16, as if re-asserted herein.

18. Answering Paragraph 18, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

19. Answering Paragraph 19, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

20. Answering Paragraph 20, Defendant denies that it uses an instrumentality of interstate commerce or the mails in a business the principal purpose of which is the enforcement of security interests. Except as so expressly admitted or denied, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the remaining allegations

contained therein and therefore denies the same.

21. Answering Paragraph 21, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

22. Answering Paragraph 22, Defendant denies all of the allegations as to this Answering Defendant in this paragraph. Except as so expressly admitted or denied, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the remaining allegations contained therein and therefore denies the same.

23. Answering Paragraph 23, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

24. Answering Paragraph 24, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

25. Answering Paragraph 25, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

26. Answering Paragraph 26, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

## SECOND CAUSE OF ACTION

**(Violation of the California's Rosenthal Fair Debt Collection Practices)**

27. Answering Paragraph 27, Defendant repeats and reincorporates each and every answer asserted as to Paragraphs 1 through 26, as if re-asserted herein.

28. Answering Paragraph 28, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

29. Answering Paragraph 29, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the remaining allegations contained therein and therefore denies the same.

30. Answering Paragraph 30, Defendant denies all of the allegations as to this Answering Defendant in this paragraph. Except as so expressly admitted or denied, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the remaining allegations contained therein and therefore denies the same.

31. Answering Paragraph 31, Defendant denies all of the allegations as to this Answering Defendant in this paragraph. Except as so expressly admitted or denied, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the remaining allegations contained therein and therefore denies the same.

32. Answering Paragraph 32, Defendant denies all of the allegations as to this Answering Defendant in this paragraph. Except as so expressly admitted or denied, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the remaining allegations contained therein and therefore denies the same.

33. Answering Paragraph 33, Defendant denies all of the allegations as to this Answering Defendant in this paragraph. Except as so expressly admitted or denied, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the remaining allegations contained therein and therefore denies the same.

34. Answering Paragraph 34, Defendant denies all of the allegations as to this Answering Defendant in this paragraph. Except as so expressly admitted or denied, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the remaining allegations contained therein and therefore denies the same.

**DEFENDANT STERLING ASSET RECOVERY, INC.'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

35. Answering Paragraph 35, Defendant denies all of the allegations as to this Answering Defendant in this paragraph. Except as so expressly admitted or denied, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the remaining allegations contained therein and therefore denies the same.

36. Answering Paragraph 36, Defendant denies all of the allegations as to this Answering Defendant in this paragraph. Except as so expressly admitted or denied, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the remaining allegations contained therein and therefore denies the same.

37. Answering Paragraph 37, Defendant denies all of the allegations as to this Answering Defendant in this paragraph. Except as so expressly admitted or denied, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the remaining allegations contained therein and therefore denies the same.

38. Answering Paragraph 38, Defendant denies all of the allegations as to this Answering Defendant in this paragraph. Except as so expressly admitted or denied, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the remaining allegations contained therein and therefore denies the same.

39. Answering Paragraph 39, Defendant denies all of the allegations as to this Answering Defendant in this paragraph. Except as so expressly admitted or denied, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the remaining allegations contained therein and therefore denies the same.

40. Answering Paragraph 40, Defendant denies all of the allegations as to this Answering Defendant in this paragraph. Except as so expressly admitted or denied, Defendant is without sufficient knowledge and information necessary to

**DEFENDANT STERLING ASSET RECOVERY, INC.'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

form a belief as to the truth or falsity of the remaining allegations contained therein and therefore denies the same.

41.     Answering Paragraph 41, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

42.     Answering Paragraph 42, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

43.     Answering Paragraph 43, Defendant denies all of the allegations as to this Answering Defendant in this paragraph. Except as so expressly admitted or denied, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the remaining allegations contained therein and therefore denies the same.

44.     Answering Paragraph 44, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

## THIRD CAUSE OF ACTION
### (Intentional Infliction of Emotional Distress)

45.     Answering Paragraph 45, Defendant repeats and reincorporates each and every answer asserted as to Paragraphs 1 through 44, as if re-asserted herein.

46.     Answering Paragraph 46, Defendant denies all of the allegations as to this Answering Defendant in this paragraph. Except as so expressly admitted or denied, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the remaining allegations contained therein and therefore denies the same.

47.     Answering Paragraph 47, Defendant denies all of the allegations as to this Answering Defendant in this paragraph. Except as so expressly admitted or denied, Defendant is without sufficient knowledge and information necessary to

form a belief as to the truth or falsity of the remaining allegations contained therein and therefore denies the same.

48. Answering Paragraph 48, Defendant denies all of the allegations as to this Answering Defendant in this paragraph. Except as so expressly admitted or denied, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the remaining allegations contained therein and therefore denies the same.

49. Answering Paragraph 49, Defendant denies all of the allegations as to this Answering Defendant in this paragraph. Except as so expressly admitted or denied, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the remaining allegations contained therein and therefore denies the same.

50. Answering Paragraph 50, Defendant denies all of the allegations as to this Answering Defendant, its corporate officers, directors or managing agents, in this paragraph. Except as so expressly admitted or denied, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the remaining allegations contained therein and therefore denies the same.

## FOURTH CAUSE OF ACTION
### (Assault)

51. Answering Paragraph 51, Defendant repeats and reincorporates each and every answer asserted as to Paragraphs 1 through 50, as if re-asserted herein.

52. Answering Paragraph 52, Defendant denies all of the allegations as to this Answering Defendant in this paragraph. Except as so expressly admitted or denied, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the remaining allegations contained therein and therefore denies the same.

53. Answering Paragraph 53, Defendant denies all of the allegations as to

*Gordon Rees Scully Mansukhani, LLP*
*5 Park Plaza, Suite 1100*
*Irvine, CA 92614*

1 this Answering Defendant in this paragraph. Except as so expressly admitted or denied, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the remaining allegations contained therein and therefore denies the same.

54. Answering Paragraph 54, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

55. Answering Paragraph 55, Defendant denies all of the allegations as to this Answering Defendant in this paragraph. Except as so expressly admitted or denied, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the remaining allegations contained therein and therefore denies the same.

56. Answering Paragraph 56, Defendant denies all of the allegations as to this Answering Defendant, its corporate officers, directors or managing agents, in this paragraph. Except as so expressly admitted or denied, Defendant is without sufficient knowledge and information necessary to form a belief as to the truth or falsity of the remaining allegations contained therein and therefore denies the same.

## **AFFIRMATIVE DEFENSES**

### **FIRST AFFIRMATIVE DEFENSE**

1. As a separate and distinct affirmative defense, Defendant alleges that Plaintiff's First Amended Complaint, and each and every cause of action alleged therein, fails to state facts sufficient to constitute a cause of action upon which relief can be granted.

### **SECOND AFFIRMATIVE DEFENSE**

2. As a separate and distinct affirmative defense, Defendant alleges that the injuries and damages of which Plaintiff complains, if such injuries and damages occurred, were proximately caused by or contributed to by the acts of

other persons and/or entities, and that such acts were an intervening, superseding, and primary cause of such injuries and damage, if any, such that any alleged breach of duty, negligent act, omission or any other conduct of Defendant or its agents, representatives, employees or any other person acting or purporting to act on Defendant's behalf, alleged in the First Amended Complaint was not a proximate cause of Plaintiff's alleged damages.

### THIRD AFFIRMATIVE DEFENSE

3. As a separate and distinct affirmative defense, Defendant alleges that Plaintiff's claims are barred by the doctrine of unclean hands based on the misconduct of Plaintiff.

### FOURTH AFFIRMATIVE DEFENSE

4. As a separate and distinct affirmative defense, Defendant alleges that the claims alleged are barred because Plaintiff has engaged in acts and courses of conduct which render Plaintiff in pari delicto.

### FIFTH AFFIRMATIVE DEFENSE

5. As a separate and distinct affirmative defense, Defendant alleges that any claim for damages occasioned by any alleged act, omission, or breach on the part of Defendants are barred by Plaintiff's implicit and explicit consent to such alleged act, omission, or breach.

### SIXTH AFFIRMATIVE DEFENSE

6. As a separate and distinct affirmative defense, Defendant alleges that to the extent Plaintiff sustained any of the damages alleged in the First Amended Complaint, said damages were proximately caused, in whole or in part, by the negligence, carelessness, fault, acts, omissions, wrongful conduct, and/ or misconduct of other persons and/or entities over whom Defendant has, at no relevant time, any control. Therefore, if Defendant is ultimately held liable for any of such damages, the amount of Defendant's liability should be proportionately reduced, in light of said other persons' comparative fault.

**DEFENDANT STERLING ASSET RECOVERY, INC.'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

## SEVENTH AFFIRMATIVE DEFENSE

7. As a separate and distinct affirmative defense, Defendant alleges that to the extent Plaintiff sustained any of the damages alleged in the First Amended Complaint, said damages were proximately caused, in whole or in part, by the negligence, carelessness, fault, acts, omissions, wrongful conduct, and/or misconduct of Plaintiff. Therefore, if Defendant is ultimately held liable for any of such damages, the amount of Defendant's liability should be proportionately reduced in light of the comparative fault of Plaintiff.

## EIGHTH AFFIRMATIVE DEFENSE

8. As a separate and distinct affirmative defense, Defendant alleges that if Plaintiff suffered or sustained any loss, damages, or injury as alleged in the First Amended Complaint, the loss, damages, or injury was proximately caused or contributed to by the actions of Plaintiff or concurrent tortfeasors, persons, entities, named or un-named, and that the actions or omissions, if any, of this answering Defendant are imputed to or should be indemnified by said named or unnamed tortfeasors.

## NINTH AFFIRMATIVE DEFENSE

9. As a separate and distinct affirmative defense, Defendant alleges Plaintiff failed to take reasonable steps to minimize, mitigate or prevent the damages Plaintiff claims to have suffered and any damages award to Plaintiff must thereby be equitably reduced.

## TENTH AFFIRMATIVE DEFENSE

10. As a separate and distinct affirmative defense, Defendant alleges that Plaintiff is barred from recovery based on the equal dignities rule.

## ELEVENTH AFFIRMATIVE DEFENSE

11. As a separate and distinct affirmative defense, Defendant alleges that Plaintiff's causes of action are barred based upon a failure of consideration.

///

**TWELFTH AFFIRMATIVE DEFENSE**

12. As a separate and distinct affirmative defense, Defendant alleges that Plaintiff is barred from recovery based on the doctrines of impossibility and frustration of purpose.

**THIRTEENTH AFFIRMATIVE DEFENSE**

13. As a separate and distinct affirmative defense, Defendant alleges that Plaintiff's First Amended Complaint and all causes of action asserted therein are barred by the doctrine of assumption of the risk.

**FOURTEENTH AFFIRMATIVE DEFENSE**

14. As a separate and distinct affirmative defense, Defendant alleges that Defendant does not presently know all facts concerning the conduct of Plaintiff or Plaintiff's claims sufficient to state all affirmative defenses at this time. Defendant will seek leave of this Court to amend this Answer should Defendant later discover facts demonstrating the existence of additional affirmative defenses.

**FIFTEENTH AFFIRMATIVE DEFENSE**

15. As a separate and distinct affirmative defense, Defendant alleges that the claims asserted pursuant to the Rosenthal Act, are preempted by the Federal Fair Debt Collection Practices Act (FDCPA), where the Rosenthal Act is not consistent with the FDCPA.

**SIXTEENTH AFFIRMATIVE DEFENSE**

16. As a separate and distinct affirmative defense, Defendant alleges that possession of the vehicle at issue was taken by Defendant, and that Plaintiff unlawfully took possession of the vehicle. (California Business & Professions Code § 7507.12.)

**SEVENTEENTH AFFIRMATIVE DEFENSE**

17. As a separate and distinct affirmative defense, Plaintiff's claims are barred, in whole or part, to the extent that they seek damages that are not properly recoverable under the theories set forth in the First Amended Complaint, including,

**DEFENDANT STERLING ASSET RECOVERY, INC.'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

but not limited to, pre-judgment interest and attorney's fees and costs.

## EIGHTEENTH AFFIRMATIVE DEFENSE

18. As a separate and distinct affirmative defense, Defendant reserves the right to assert additional affirmative defenses as information is obtained through discovery and investigation.

## PRAYER FOR RELIEF

**WHEREFORE,** Defendant Sterling Asset Recovery, Inc. prays for judgment as follows:

1. That Plaintiff's First Amended Complaint be dismissed in its entirety;
2. That Plaintiff take nothing by reason of her First Amended Complaint;
3. That Defendant be awarded its reasonable attorneys' fees;
4. That Defendant be awarded its costs of suit herein, and
5. For such other and further relief as this Court deems just and proper.

Dated: March 15, 2021

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Philip H. Lo*
Philip H. Lo
Jeffrey M. Tsair
Attorneys for Defendant
Sterling Asset Recovery, Inc.

# DEMAND FOR JURY TRIAL

Defendant STERLING ASSET RECOVERY, INC., hereby demands a trial by jury of all of Plaintiff's claims at issue in the above-captioned action.

Dated: March 15, 2021

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Philip H. Lo*
　　Philip H. Lo
　　Jeffrey M. Tsair
　　Attorneys for Defendant
　　Sterling Asset Recovery, Inc.

**DEFENDANT STERLING ASSET RECOVERY, INC.'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**