PHILIP H. LO, SBN: 178538
plo@grsm.com
JEFFREY M. TSAIR, SBN: 325489
jtsair@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 255-6987
Facsimile:  (949) 474-2060

Attorneys for Defendant
STERLING ASSET RECOVERY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY BETH KATZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PATRICK K. WILLIS COMPANY, INC., dba AMERICAN RECOVERY SERVICE, a California corporation; STERLING ASSET RECOVERY, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:21-cv-00216 (CAS) (CFF)<br><br>Presiding Judge:<br>Honorable Christina A. Snyder<br>Courtroom 8D, Los Angeles<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br><br>Action Filed:　　January 11, 2021<br>Trial Date:　　　Not Set |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant STERLING ASSET RECOVERY, INC., a California limited liability company, certifies, to the best of their knowledge, that no publicly held corporation owns ten percent (10%) or more of STERLING ASSET RECOVERY, INC., a California limited liability company.

///

-1-
**CORPORATE DISCLOSURE STATEMENT**

| | | |
|---|---|---|
| 1 | Dated:  March 15, 2021 | GORDON REES SCULLY MANSUKHANI, LLP |
| 2 | | |
| 3 | | |
| 4 | | By:    */s/ Philip H. Lo*  |
| 5 | | Philip H. Lo  Jeffrey M. Tsair |
| 6 | | Attorneys for Defendant  Sterling Asset Recovery, Inc. |

-2-
**CORPORATE DISCLOSURE STATEMENT**