| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Philip H. Lo, SBN: 178538 Jeffrey M. Tsair, SBN: 325489<br>GORDON REES SCULLY MANSUKHANI, LLP<br>5 Park Plaza, Suite 1100<br>Irvine, CA 92614<br>Telephone: (949) 255-6987<br>Facsimile: (949) 474-2060<br>Email: plo@grsm.com;<br>ATTORNEY(S) FOR: Defendant STERLING ASSET RECOVERY | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY BETH KATZ<br><br>Plaintiff(s),<br>v.<br>PATRICK K. WILLIS COMPANY, INC., dba AMERICAN RECOVERY SERVICE, a California corporation; STERLING ASSET RECOVERY INC., a California corporation; and DOES 1 through 10, inclusive,<br>Defendant(s). | CASE NUMBER:<br>2:21-cv-00216-CAS (CFF)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   DEFENDANT STERLING ASSET RECOVERY, INC.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| AMY BETH KATZ | PLAINTIFF |
| PATRICK K. WILLIS COMPANY, INC., dba AMERICAN RECOVERY SERVICE | DEFENDANT |
| STERLING ASSET RECOVERY, INC. | DEFENDANT |

March 15, 2021
Date

Signature
PHILIP H. LO

Attorney of record for (or name of party appearing in pro per):

STERLING ASSET RECOVERY, INC.

CV-30 (05/13)          NOTICE OF INTERESTED PARTIES

