PHILIP H. LO, SBN: 178538
plo@grsm.com
JEFFREY M. TSAIR, SBN: 325489
jtsair@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 255-6987
Facsimile: (949) 474-2060

Attorneys for Defendant
STERLING ASSET RECOVERY, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY BETH KATZ,<br><br>  Plaintiff,<br><br>vs.<br><br>PATRICK K. WILLIS COMPANY, INC., dba AMERICAN RECOVERY SERVICE, a California corporation; STERLING ASSET RECOVERY, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>  Defendants. | CASE NO. 2:21-cv-00216 (CAS) (CFF)<br><br>Presiding Judge:<br>Honorable Christina A. Snyder<br>Courtroom 8D, Los Angeles<br><br>**CERTIFICATE OF SERVICE**<br><br><br>Action Filed:  January 11, 2021<br>Trial Date:    Not Set |

I, Elana M. Cravey, hereby certify that on March 15, 2021, I electronically filed the following documents with the Clerk of the Court for the United States District Court, Central District by using the CM/ECF system.

**DEFENDANT STERLING ASSET RECOVERY, INC.'S RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL;**

-1-
**CERTIFICATE OF SERVICE**

**CORPORATE DISCLOSURE STATEMENT; AND**

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES.**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare that I am employed in the office of a member of the California State Bar who is permitted to practice before this Court, at whose direction the service stated above was made, and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 15 2021, at Irvine, California.

_____
Elana M. Cravey

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614