# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV21-216-CAS(Ex) | Date | October 18, 2021 |
|---|---|---|---|
| Title | *AMY BETH KATZ v. PATRICK K. WILLIS COMPANY, INC.; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Laura Elias | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Brandon Block | Philip Lo |

**Proceedings:**   ZOOM STATUS CONFERENCE RE: SETTLEMENT

Hearing held by Zoom and counsel are present. The Court confers with counsel, as stated on the record. The Court continues the Status Conference re: Settlement to **January 24, 2022**, at **11:00 A.M.**

|  | 00 | : | 04 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |